ALICE R. HOMER, JOHN L. HOMER, Respondents, and LOTTA MAYBERRY, by Her Guardian ad Litem, GLADYS H. MAYBERRY, Plaintiff, v. CHARLES F. SAMPSON, Appellant, and CHARLES F. SAMPSON, JR., Defendant.— Action for damages for personal injuries as a consequence of the collision of two automobiles, in one of which plaintiff Alice R. Homer was seated. Companion action for damages for loss of services and expenses. Judgment and order amending judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of JAMES CURRY HILL, as Executor, etc., of WILLIAM BAILEY, for the Sale of Real Property of WILLIAM BAILEY, Deceased. DAVID LEIBMAN, Appellant; JAMES CURRY HILL, as Executor, etc., of WILLIAM BAILEY, Deceased, and MARTIN GINZLER, as Special Guardian for Unknown Heirs and for JEAN BAILEY, CAROL BAILEY and GERALDINE BAILEY, Infants, etc., Respondents.— Decree of the Surrogate's Court of Westchester county adjudging that the sale at public auction held August 6, 1938, pursuant to an order of the same court theretofore entered, be rejected, disapproved and disallowed and awarding other relief, unanimously affirmed, with ten dollars costs and disbursements to the respondent-executor, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments, Required for the Purpose of Opening and Extending Clarendon Road, from East 40th Street to East 49th Street, and from Kings Highway to the Junction of Ralph Avenue and Ditmas Avenue, in the Borough of Brooklyn, City of New York. THE CITY OF NEW YORK, Respondent; LOESCH-GANZ REALTY Co., INC., Appellant.— Order directing appellant to make restitution of an award paid to it or its assignees by the city of New York, pursuant to a decree which was thereafter vacated, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur. [165 Misc. 626.]